UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA L. WHITAKER

Plaintiff,

V.                                                    CIVIL ACTION NO
                                                      8:14-cv-02991-PWG

LAW ENFORCMENT SYSTEMS, LLC

Defendant.                                            March 12, 2015

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

          THE PLAINTIFF

          BY/S/Bernard T. Kennedy
            Bernard T. Kennedy, Esquire
            The Kennedy Law Firm
            34 Roger Street, Suite A
            Blairsville, GA 30512
            (706) 400- 2650
            (443) 440-6372 Fax
            bernardtkennedy@yahoo.com

Motion: GRANTED 03/17/15

Paul W. Grimm
United States District Judge